# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

B&L FARMS PARTNERSHIP *et al.*　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　No. 2:17-cv-122-DPM

MONSANTO COMPANY;
BASF CORPORATION; and
BASF SE　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

Plaintiffs' deadlines to respond to № 28, № 30, and № 32 are extended (without objection) to 2 October 2017.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 September 2017