# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**B&L FARMS PARTNERSHIP** *et al.*  PLAINTIFFS

v.  No. 2:17-cv-122-DPM

**MONSANTO COMPANY;**
**BASF CORPORATION;**
**and BASF SE**  DEFENDANTS

## ORDER

All claims against BASF SE are dismissed without prejudice, as stipulated. № 38.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2017