# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| B&L FARMS, et al., | ) |
| | ) MDL No. 1:18-md-2820-SNLJ |
| Plaintiffs, | ) |
| | ) Indiv. Case No. 4:17-cv-2418-SNLJ |
| v. | ) |
| | ) |
| MONSANTO COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## DISMISSAL

In accordance with the Memorandum and Order entered October 14, 2022, this matter is hereby DISMISSED.

Dated this 4th day of March, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE